UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 10-35537 GMB

Debtor: Luis A. Flores

| Check Number | Creditor | Amount |
|---|---|---|
| 1861488 | Federal National Mortgage Association | 1364.59 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 10, 2014